# Court of Appeals
# of the State of Georgia

ATLANTA, July 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2396. WAYNE ROY v. THE STATE.**

In June 2016, after Wayne Roy entered a negotiated plea, the trial court sentenced him to a total of 30 years, with 25 to be served in prison. In March 2026, Roy filed a motion for leave to file an out-of-time notice of appeal, which the trial court denied. He timely appealed. This Court lacks jurisdiction.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), the Supreme Court of Georgia determined that a trial court lacks authority to grant an out-of-time appeal, and that any remedy involving an out-of-time appeal must be sought in habeas corpus. In response, the legislature enacted OCGA § 5-6-39.1, which allows defendants to seek out-of-time relief if (1) the defendant moves for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, or (2) the defendant had an out-of-time motion or appeal dismissed under *Cook*.

Here, OCGA § 5-6-39.1 does not apply to Roy because he neither filed a motion for an out-of-time appeal within 100 days from the expiration of the time period for filing a notice of appeal nor had a motion for an out-of-time appeal dismissed under *Cook*.

Accordingly, Roy is not entitled to out-of-time relief, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  07/17/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*